FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM E. KIVETT, JR. a.k.a.<br>WILLIAM E. KIVETT, et al.,<br><br>    Defendants. | Case No. 1:15-CV-03122-LRS<br><br>ORDER GRANTING JOINT MOTION TO DISMISS MTC FINANCIAL INC. D.B.A. TRUSTEE CORPS |

    This is an action brought by the United States seeking to reduce to judgment federal income tax assessments and to foreclose related federal tax liens. The United States named MTC Financial, Inc. D.B.A. Trustee Corps ("MTC") as a Defendant pursuant to 26 U.S.C. § 7403(b) which requires that "all persons having liens upon or claiming any interest in the property involved in [an action to enforce a lien of the United States] shall be made parties thereto."  MTC disclaims all interest in the property involved.  (ECF No. 9, 36).

    **ACCORDINGLY**, the United States and MTC's Joint Motion for Dismissal of MTC as a party (**ECF No. 36**) is **GRANTED**.

    As there are no pending claims against MTC Financial, MTC, there is no need for the dismissal to be with or without prejudice.

ORDER - 1

The Clerk of the Court is directed to TERMINATE MTC Financial as a Defendant.

DATED this 6th day of September, 2016.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER - 2