DAVID A. HUBBERT
Acting Assistant Attorney General

YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 616-3366
Facsimile: (202) 307-0554
y.jeannette.tran@usdoj.gov

Of Counsel:
JOSEPH H. HARRINGTON
Acting United States Attorney, Eastern District of Washington

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CV-3122-LRS |
| Plaintiff, | |
| v. | **ORDER OF FORECLOSURE AND JUDICIAL SALE** |
| WILLIAM E. KIVETT, JR. a.k.a. WILLIAM E. KIVETT; KAREN L. KIVETT; BANK OF AMERICA, N.A.; YAKIMA COUNTY; and DEUTSCHE BANK TRUST COMPANY AMERICAS, as trustee for the Certificateholders of Dover Mortgage Capital 2005-A Corporation, Grantor Trust Certificate, Series 2005-A, | |
| Defendants. | |

Order of Foreclosure and Judicial Sale
Page 1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

The Court has entered a Judgment and Order Granting Stipulated Motion for Entry of Judgment and Closing File ("Judgment and Order") that ordered, *inter alia*, foreclosure of the United States' tax liens against the real property commonly known as 920 South 34th Avenue, Yakima, WA 98902 (referred to herein as the "34th Avenue Property" and further described below in paragraph 3). *See* ECF No. 71 at 4, ¶¶ 5-6. This Order of Sale is entered pursuant to the provisions of 28 U.S.C. §§ 2001 and 2002 and 26 U.S.C. §§ 7402 and 7403. The Court hereby orders as follows:

1. On October 12, 2017, the Court entered a Judgment and Order (ECF No. 71) that ordered, in relevant part, the following:

   a. The United States' federal tax liens for individual income tax liabilities (Form 1040) for taxable periods ending December 31, 2000, through and including December 31, 2002 ("tax years at issue"), arising from the assessments against William E. Kivett, Jr. a.k.a. William E. Kivett and Karen L. Kivett (collectively the "Kivetts") referenced in paragraph 33 of the Second Amended Complaint arose in favor of the United States on the dates of assessments set forth in paragraph 33 of the Second Amended Complaint (ECF No. 30 at 8), and attached to the 34th Avenue Property, of which William E. Jr. and/or Karen L. Kivett hold an ownership interest, pursuant to 26 U.S.C. §§ 6321 and 6322. *See* ECF No. 71 at 2, ¶ 1.

Order of Foreclosure and Judicial Sale
Page 2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

b. The federal tax liens for the Kivetts' individual income tax liabilities for the tax years at issue attached to the 34th Avenue Property on or before the filing of: (1) Mrs. Kivett's Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of Washington (Case No. 10-05456-FLK7) on September 23, 2010; and (2) Mr. Kivett's Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of Washington (Case No. 15-02809-FLK7) on August 17, 2015 (*See* ECF No. 30 at 10-11). *See* ECF No. 71 at 3, ¶ 2.

c. The United States has valid and subsisting tax liens against the 34th Avenue Property based on the Kivetts' unpaid federal individual income tax liabilities for the tax years at issue with a total current balance of $394,962.18 as of August 30, 2017, plus additional interest and other accruals thereafter as provided by law. The total current balance owed as of August 30, 2017 consists of current balances as of August 30, 2017, of $46,902.51 for tax year 2000, $233,306.40 for tax year 2001, and $114,753.27 for tax year 2002, plus additional interest and other accruals thereafter as provided by law. These federal tax liens against the 34th Avenue Property survive and are unaffected by any discharge entered in the Kivetts' respective individual bankruptcies. *See* ECF No. 71 at 3-4, ¶ 3.

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

d. The United States' federal tax liens for the tax years at issue against the 34th Avenue Property are foreclosed. *See* ECF No. 71 at 4, ¶ 5.

e. The United States is entitled to an Order of Foreclosure and Judicial Sale of the 34th Avenue Property, with the terms of the Order of Foreclosure and Judicial Sale to be within the sole discretion of the United States. The United States will submit an Order of Foreclosure and Judicial Sale of the 34th Avenue Property within 30 days of the entry of the Court's Judgment. *See* ECF No. 71 at 4, ¶ 6.

2. The United States' federal tax liens for the tax years at issue against the Kivetts encumbering the 34th Avenue Property are foreclosed, and the 34th Avenue Property shall be sold pursuant to 26 U.S.C. § 7403 and 28 U.S.C. §§ 2001 and 2002.

3. The 34th Avenue Property upon which the United States is entitled to foreclose its federal tax liens for the tax years at issue is commonly known as 920 South 34th Avenue, Yakima, WA 98902 is also identified as Yakima County Assessor's Parcel No. 181327-14407 and legally described as:

> LOT 8, BLOCK 1, ROSE PARK, ACCORDING TO THE OFFICIAL PLAT THEREOF RECORDED IN VOLUME "O" OF PLATS, PAGE 33, RECORDS OF YAKIMA COUNTY, WASHINGTON. SITUATED IN YAKIMA COUNTY, STATE OF WASHINGTON.

*See* ECF No. 30 at 5-6, ¶ 20.

Order of Foreclosure and Judicial
Sale
Page 4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

1    4.      The United States Marshal for the Eastern District of Washington, his/her representative, or an Internal Revenue Service ("IRS") Property Appraisal and Liquidation Specialist ("PALS") representative is authorized and directed under 28 U.S.C. §§ 2001 and 2002 to offer for public sale and to sell the 34th Avenue Property, free and clear of the right, title and interest of all parties to this action and any successors in interest or transferees of those parties. The United States may choose either the United States Marshal or a PALS representative to carry out the sales under this Order of Sale and shall make the arrangements for any sale as set forth in this Order. This Order of Sale shall act as a special writ of execution and no further orders or process from the Court shall be required.

5.      The United States Marshal for the Eastern District of Washington, his/her representative, or a PALS representative is authorized to have free access to the 34th Avenue Property and to take all actions necessary to preserve the property, including without limitation retaining a locksmith or other person to change or install locks or other security devices on any part thereof, until a deed thereto is delivered to the ultimate purchaser(s).

6.      The terms and conditions of the sale are as follows:

   a.      Except as otherwise stated herein, the sale shall be by public auction to the highest bidder, free and clear of all liens and interests;

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

    b.  The sale shall be subject to all laws, ordinances, and governmental regulations (including building and zoning ordinances), affecting the premises, and easements and restrictions of record, if any;

    c.  The sale shall be held at the Yakima County Courthouse, on the 34th Avenue Property's premises, or at any other place in accordance with the provisions of 28 U.S.C. §§ 2001 and 2002, at a date and time announced by the United States Marshal, his/her representative, or a PALS representative;

    d.  Notice of the sale or sales shall be published once a week for at least four consecutive weeks before the date fixed for the sale in at least one newspaper regularly issued and of general circulation in Yakima County, Washington, and, at the discretion of the Marshal, his/her representative, or a PALS representative, by any other notice that it or its representative may deem appropriate. State or local law notice requirements for foreclosures or execution sales do not apply to these sales under federal law and state or local law regarding redemption rights do not apply to these sales. The notice or notices of sale shall describe the 34th Avenue Property and shall contain the material terms and conditions of sale in this Order of Sale;

    e.  The minimum bid will be set by the IRS. If the minimum bid is not met or exceeded, the Marshal, his or her representative, or a PALS

Order of Foreclosure and Judicial Sale
Page 6

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

representative may, without further permission of this Court, and under the terms and conditions in this Order of Sale, hold new public sales, if necessary, and reduce the minimum bid, or sell to the highest bidder;

  f. Bidders shall be required to DEPOSIT at the time of sale with the Marshal, his/her representative, or a PALS representative, a minimum of ten percent of the bid, with the deposit to be made by a certified or cashier's check payable to the United States District Court for the Eastern District of Washington. Before being permitted to bid at the sale, bidders shall display to the Marshal, his/her representative, or a PALS representative satisfactory proof of compliance with this requirement;

  g. The balance of the purchase price of the 34th Avenue Property in excess of the deposit tendered shall be paid to the Marshal or a PALS representative (whichever person is conducting the sale) within thirty (30) days after the date the bid is accepted by a certified or cashier's check payable to the United States District Court for the Eastern District of Washington. If the successful bidder or bidders fail(s) to fulfill this requirement, the deposit shall be forfeited and shall be applied to cover the expenses of the sale, including commissions due under 28 U.S.C. § 1921(c), with any amount remaining to be applied to the Kivetts' federal tax liabilities, described in Paragraph 1c, above. The 34th Avenue Property shall

Order of Foreclosure and Judicial Sale
Page 7

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

1  be again offered for sale under the terms and conditions of this Order of Sale

2  or, in the alternative, sold to the second highest bidder or bidders. The

3  United States may bid as a credit against its judgment without tender of

4  cash;

5      h.    The sale of the 34th Avenue Property shall not be final until

6  confirmed by this Court. The Marshal or a PALS representative shall file a

7  report of sale with the Court within thirty (30) days from the date of receipt

8  of the balance of the purchase price;

9      i.    Upon confirmation of the sale, the Marshal or PALS

10  representative shall promptly execute and deliver a deed of judicial sale

11  conveying the 34th Avenue Property to the purchaser or purchasers;

12      j.    Upon confirmation of the sale, the interests of, liens against, or

13  claims to the 34th Avenue Property held or asserted by all parties to this

14  action or any successors in interest or transferees of those parties shall be

15  discharged and extinguished. The sale is ordered pursuant to 28 U.S.C. §

16  2001. Redemption rights under state or local law shall not apply to this sale

17  under federal law; and

18      k.    Upon confirmation of the sale, the purchaser or purchasers shall

19  have the recorder of deeds, Yakima County, Washington, cause transfer of

20  the 34th Avenue Property to be reflected upon that County's register of title.

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

7. Until the 34th Avenue Property is sold, the Kivetts shall take all reasonable steps necessary to preserve the 34th Avenue Property (including all buildings, improvements, fixtures and appurtenances thereon) including, without limitation, maintaining fire and casualty insurance on the 34th Avenue Property. The Kivetts shall not commit waste against the 34th Avenue Property, nor shall they cause or permit anyone else to do so. The Kivetts shall not do anything that tends to reduce the value or marketability of the 34th Avenue Property, nor shall they cause or permit anyone else to do so. The Kivetts shall not record any instruments, publish any notice, or take any other action that may directly or indirectly tend to adversely affect the value of the 34th Avenue Property or that may tend to deter or discourage potential bidders from participating in the public sale, nor shall they cause or permit anyone else to do so. **Violation of this paragraph shall be deemed a contempt of court and punishable as such.** Should the Kivetts fail to comply with this paragraph, other Defendants in this case who have a recognized property interest in the 34th Avenue Property may take steps to protect the 34th Avenue Property by agreement or, if no agreement is reached among the Defendants, by seeking further Court order.

8. All persons occupying the 34th Avenue Property shall leave and permanently vacate the 34th Avenue Property no later than thirty (30) days after the entry of this Order, each taking his or her personal property (but leaving all

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

improvements, buildings, fixtures, and appurtenances) when leaving and vacating. If any person fails or refuses to leave and vacate the 34th Avenue Property by the time specified in this Order, the United States Marshal's Office is authorized to take whatever action it deems appropriate to remove such person or persons from the premises, whether or not the sale of such property is being conducted by a PALS representative. If any person fails or refuses to remove his or her personal property from the 34th Avenue Property by the time specified herein, the personal property remaining at the 34th Avenue Property thereafter is deemed forfeited and abandoned, and the United States Marshal's Office or the PALS representative is authorized and directed to remove and dispose of it in any manner they see fit, including sale, in which case the proceeds of sale are to be applied first to the expenses of sale, and then to the tax liabilities described in Paragraph 1c, above.

9. Notwithstanding the terms of the immediately preceding paragraph, if, after the sale of the 34th Avenue Property is confirmed by this Court, the 34th Avenue Property remains occupied, a writ of assistance may, without further notice, be issued by the Clerk of Court to the purchasers thereof.

10. The Kivetts shall, if their address changes, file a forwarding address with the Court within thirty (30) days of any such change, and serve a copy of the same upon the United States and all other parties to this litigation. If the Kivetts, or any other person(s) occupying the 34th Avenue Property, vacates the 34th Avenue

Order of Foreclosure and Judicial Sale
Page 10

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

Property prior to the deadline set forth in paragraph 8, above, such person shall notify counsel for the United States no later than two (2) business days prior to vacating the property of the date on which he or she is vacating the property. Notification shall be made by contacting counsel for the United States, Yen Jeannette Tran, at (202) 616-3366.

11. The Marshal, his or her representative, or a PALS representative, shall deposit the amount paid by the purchaser or purchasers into the registry of the court. Upon appropriate motion for disbursement or stipulation of the parties, the Clerk will disburse the funds in the following order of preference, as determined by this Court (ECF No. 71 at 4, ¶ 6) and stipulations between:

   (i) the United States and Yakima County filed on October 17, 2016 (ECF No. 41; *see also* ECF No. 45); and

   (ii) the United States, Deutsche Bank Trust Company Americas, as trustee for the Certificateholders of Dover Mortgage Capital 2005-A Corporation, Grantor Trust Certificate, Series 2005-A ("Deutsche Bank"), and Bank of America, N.A. ("Bank of America") filed on September 8, 2016 (ECF No. 38; *see also* ECF No. 44),

until these expenses and liens are satisfied or the proceeds are exhausted:

   a. First, to the IRS, for allowed costs and expenses of sale, including any commissions due under 28 U.S.C. § 1921(c) and including an

Order of Foreclosure and Judicial Sale
Page 11

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

amount sufficient to cover the costs of any steps taken to secure or maintain the 34th Avenue Property pending sale and confirmation by the Court;

    b.      Second, to Yakima County, for any outstanding real property taxes due and owing at the time of sale (*See* ECF Nos. 41 at 3, ¶ 8, 38 at 7, ¶ 17);

    c.      Third, to Deutsche Bank Trust Company Americas, as trustee for the Certificateholders of Dover Mortgage Capital 2005-A Corporation, Grantor Trust Certificate, Series 2005-A ("Deutsche Bank"), for the balance of the 34th Avenue Mortgage lien at the time of sale (*See* ECF No. 38 at 7, ¶ 17);

    d.      Fourth, to the United States, for the balance of the federal tax lien for federal income tax years 2001 and 2002 based on the Kivetts' unpaid federal individual income tax liabilities for tax years 2001 and 2002 (*See* ECF No. 38 at 7, ¶ 17);

    e.      Fifth, to Bank of America, for the balance of the 34th Avenue Line of Credit lien at the time of sale (*See* ECF No. 38 at 7, ¶ 17);

    f.      Sixth, to the United States, for the balance of the federal tax lien for federal income tax year 2000 based on the Kivetts' unpaid federal individual income tax liabilities for tax year 2000 (*See* ECF No. 38 at 7, ¶ 17); and

Order of Foreclosure and Judicial Sale
Page 12

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

      g.    Any remainder to the Kivetts.

**IT IS SO ORDERED.**

DATED this 1st day of November, 2017.

                                *s/Lonny R. Suko*

                            LONNY R. SUKO
                  SENIOR U. S. DISTRICT JUDGE

Order of Foreclosure and Judicial Sale
Page 13

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2017, I electronically filed the foregoing **[PROPOSED] ORDER OF FORECLOSURE AND JUDICIAL SALE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Gregory L. Scott (gregory@scottlaw.net)
*Attorneys for William E. Kivett, Jr. a.k.a. William E. Kivett and Karen L. Kivett*

Nathan L. Smith (nathan@mclaw.org)
*Attorneys for Deutsche Bank Trust Company Americas, as trustee for the Certificateholders of Dover Mortgage Capital 2005-A Corporation, Grantor Trust Certificate, Series 2005-A and Bank of America, N.A.*

I further certify that on the same date, I caused a true and complete copy of the foregoing document to be served by first-class mail, postage prepaid, to the following persons and/or entities at the following addresses:

Daniel D. Clark
Deputy Prosecuting Attorney
128 N. 2nd St, Rm 211
Yakima, WA 98901-2639
*Attorneys for Yakima County*

      s/ Yen Jeannette Tran
      YEN JEANNETTE TRAN
      Trial Attorney
      United States Department of Justice, Tax Division

Certificate of Service
Page 1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366